UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Anthony Perry Oliver,

            Petitioner

v.

U.S. District Court,

            Respondent

Case No. 2:25-cv-01222-CDS-DJA

**Order Dismissing Petition and Denying Petitioner's Motions**

[ECF Nos. 4, 8, 10]

      Anthony Perry Oliver has submitted a pro se petition for writ of habeas corpus on the Court's form for a 28 U.S.C. § 2241 petition. ECF No. 1-1. He has not filed an application to proceed *in forma pauperis* or paid the $5.00 filing fee. 28 U.S.C. § 1915(a)(2); Local Rule LSR 1-2. This action therefore is subject to dismissal without prejudice as improperly commenced.

      The Court also notes that it is unclear from the filing what habeas claims petitioner seeks to pursue. He states only that he is challenging "the statutory guidelines." ECF No. 1-1 at 2. It further appears that any habeas petition may be untimely and that he may not have been in custody on the judgment of conviction he challenges when he initiated this action.[1]

      Accordingly, I dismiss this action without prejudice. If petitioner wants to pursue habeas relief in this court, he must file a new petition on the Court's form in a new case with a new case number. The petition must briefly and clearly set out the factual allegations for any habeas claims. He must also include either a fully completed *ifp* application or the $5.00 filing fee.

---

[1] In order to satisfy the custody requirement, the petitioner must be in custody at the time the petition is filed in federal court. *Spencer v. Kemna*, 523 U.S. 1, 7 (1998). I take judicial notice of the Nevada Department of Corrections website, which indicates that petitioner has been released on parole, and he lists his address of record in Las Vegas. It is unclear whether he has expired his sentence.

1

## Conclusion

I therefore order that this action is **DISMISSED** without prejudice as improperly commenced.

I further order that petitioner's motion to re-open **[ECF No. 4]**, motion to unseal records **[ECF No. 8]**, and motion to correct illegal sentence **[ECF No. 10] are all DENIED as moot**.

I further order that a certificate of appealability will not issue, as jurists of reason would not find the Court's dismissal of this improperly commenced action without prejudice to be debatable or incorrect.

The Clerk of Court is directed to enter judgment accordingly and to close this case.

Dated: August 12, 2025

_____
Cristina D. Silva
United States District Judge